AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| WHITNEY BANK | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  11-721 |
| CALIBAMA VENTURES, LLC; TREVOR K. SOUTHEY; BRIAN V. HARRIS and TUAN E. TITLES | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CaliBama Ventures, LLC
1880 Airport Boulevard
Mobile, Alabama 36606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-721

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| WHITNEY BANK | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  11-721 |
| CALIBAMA VENTURES, LLC; TREVOR K. SOUTHEY; BRIAN V. HARRIS and TUAN E. TITLES | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brian V. Harris
 122 Bienville Avenue
 Mobile, Alabama 36606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

 _____
 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-721

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| WHITNEY BANK | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.  11-721 |
| CALIBAMA VENTURES, LLC; TREVOR K. SOUTHEY; BRIAN V. HARRIS and TUAN E. TITLES | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Trevor K. Southey
1388 10th Avenue
San Francisco, California 94122


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-721

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| WHITNEY BANK <br><br> *Plaintiff* <br><br> v. <br><br> CALIBAMA VENTURES, LLC; TREVOR K. SOUTHEY; BRIAN V. HARRIS and TUAN E. TITLES <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 11-721 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tuan E. Titlestad
1569 Fearnway Drive
Mobile, Alabama  366004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-721

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **WHITNEY BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case No. _____ |
| | ) |
| **CALIBAMA VENTURES, LLC;** | ) |
| **TREVOR K. SOUTHEY; BRIAN V.** | ) |
| **HARRIS; and TUAN E. TITLESTAD,** | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

COMES NOW Plaintiff, Whitney Bank, formerly known as Hancock Bank of Louisiana, Successor in merger to Whitney National Bank ("Whitney Bank"), and for its complaint against Defendants, CaliBama Ventures, LLC ("Calibama") and Trevor K. Southey, Brian V. Harris and Tuan E. Titlestad (collectively the "Guarantors"), states as follows:

### PARTIES, VENUE AND JURISDICTION

1. Whitney Bank is a Louisiana banking organization that is organized under the laws of the State of Louisiana with its principal place of business in Louisiana that routinely conducts business in the State of Alabama.

2. Upon information and belief, Defendant, CaliBama Ventures, LLC, is a limited liability company formed under the laws of the State of Alabama

3. Upon information and belief, Defendant, Trevor K. Southey, is an individual and citizen of the State of California.

4. Upon information and belief, Defendant, Brian V. Harris, is an individual and citizen of the State of Alabama, residing in Mobile County.

5. Upon information and belief, Defendant, Tuan E. Titlestad, is an individual and citizen of the State of Alabama, residing in Mobile County.

6. The principal amount in controversy in this case exceeds the jurisdictional limitation for this court.

7. Venue is proper in the Southern District of Alabama as some of the Defendants are residents of and/or conduct business in the Southern District of Alabama.

8. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332. Whitney Bank is a resident corporation of Louisiana and the Defendants are residents of Alabama or California; therefore, complete diversity of the parties is met. The amount in controversy exceeds the minimal limits of the Court for diversity jurisdiction.

## COUNT ONE

9. Plaintiff repeats and re-alleges all allegations in paragraphs 1 through 8 as if fully set forth herein.

10. On or about March 9, 2007, Defendant CaliBama executed that certain Commercial Mortgage Note in the amount of $562,400.00 in favor of Whitney Bank. A true and correct copy of the Note and any and all modifications and extensions thereof are attached collectively as **Exhibit "A"** and incorporated by reference for all purposes.

11. The Note was secured by that certain Mortgage Defendant CaliBama executed in favor of Whitney Bank on March 9, 2007, granting Whitney Bank a security interest in certain real property located in Mobile County, Alabama (hereinafter the "Property"). A true and correct copy of the Mortgage is attached hereto collectively as **Exhibit "B"** and incorporated by reference for all purposes.

12. The Note was secured by that certain Security Agreement dated March 9, 2007 Defendant CaliBama executed in favor of Whitney Bank, granting Whitney a security interest in certain intangibles, documents and permits relating to use and ownership of the subject Property. A true and correct copy of the Security Agreement is attached hereto collectively as **Exhibit "C"** and incorporated by reference for all purposes.

13. The Note was further secured by Continuing Guaranties executed by Trevor K. Southey, Brian V. Harris and Tuan E. Titlestad, guaranteeing the complete and full performance by CaliBama under the Note. True and correct copies of the Continuing Guaranties are attached hereto collectively as **Exhibit "D"** and incorporated by reference for all purposes.

14. Defendants defaulted under the terms of the Note, Security Agreement, Mortgage and Continuing Guaranties (collectively the "Loan Documents"). Plaintiff accelerated the indebtedness contemplated therein.

15. The Mortgage contains a "Power of Sale" provision allowing for nonjudicial foreclosure of the collateral.

16. On December 19, 2011, Plaintiff conducted a proper foreclosure sale on the subject real property located in Mobile County, Alabama. The foreclosure sale was conducted on the steps of the Mobile County, Alabama courthouse. A third party successfully bid and purchased the property at the foreclosure sale. A copy of the Mortgage Foreclosure Deed resulting from this sale is attached hereto as **Exhibit "E"** and incorporated for all purposes.

17. The foreclosure sale on the property left a deficiency balance under the Loan Documents in the amount of $199,043.36, which consists of a principal balance in the amount of $168,976.79 and accrued interest in the amount of $30,066.57 (per diem $84.49). This amount does not include continuing interest and continuing costs and expenses.

18.     The Loan Documents also provide for recovery of costs of collection, including reasonable attorney fees.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff requests that this Court grant judgment to Plaintiff and against the Defendants for:

(a)     general damages against Defendants, CaliBama Ventures, LLC, Trevor K. Southey, Brian V. Harris, and Tuan E. Titlestad, jointly and severally, in the amount of $199,043.36, which consists of a principal balance in the amount of $168,976.79 and accrued interest in the amount of $30,066.57 (per diem $84.49), as the net unpaid balance due on the Loan Documents as of December 21, 2011, plus the applicable per diem interest and continuing costs and expenses;

(b)     additional prejudgment interest as provided by the Loan Documents and/or by Alabama law;

(c)     reasonable attorneys' fees and costs, plus reasonable attorneys' fees and costs incurred in the event of any appeals;

(d)     all accruing late charges and fees;

(e)     all costs of court;

(f)     interest at the maximum rate provided by the Loan Documents and Alabama law on the total amount of the judgment, from the date of judgment until paid;

(g)     the right to make post-judgment application for additional attorneys' fees and expenses that accrue accordingly; and

(h)     such other and further relief to which Plaintiff may be entitled.

Respectfully submitted this 22nd day of December, 2011.

          **s/ Annie J. Dike**
          JEFFERY J. HARTLEY   (HARTJ4885)
          ANNIE J. DIKE   (DIKEA6170)
          Counsel for Plaintiff, WHITNEY BANK

**Of counsel:**
HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax
Email   jjh@helmsinglaw.com
       ajd@helmsinglaw.com

**NOTE TO CLERK:**

**Defendants to be served via certified mail:**

CaliBama Ventures, LLC
1880 Airport Boulevard
Mobile, AL 36606

Brian V. Harris
122 Bienville Avenue
Mobile, AL 36606

Trevor K. Southey
1388 10th Avenue
San Francisco, CA  94122

Tuan E. Titlestad
1569 Fearnway Drive
Mobile, AL 36604