STATE OF ALABAMA

COUNTY OF MOBILE

## MORTGAGE FORECLOSURE DEED

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, heretofore on the 9th day of March, 2007, to wit, CALIBAMA VENTURES, LLC, an Alabama Limited Liability Company, duly authorized by its Manager, Tuan E. Titlestad, executed and delivered a mortgage conveying to Whitney Bank, f/k/a Hancock Bank of Louisiana, successor in interest by virtue of merger with Whitney National Bank, the property hereinafter described, which said mortgage was given to secure an indebtedness therein mentioned, and which mortgage is recorded in Real Property Book 6145, Page 1179 in the records of the Office of the Judge of Probate, Mobile County, Alabama; and

WHEREAS, it was provided in said mortgage that if a default was made in the payment of the note, and each and every installment thereof, evidencing the indebtedness secured by said mortgage as they or any part thereof became due, Whitney Bank, as Mortgagee, would have the right to declare the entire indebtedness secured by said mortgage due and payable at once and to sell the property conveyed by said mortgage at public outcry for cash at the Public Entrance Door at the Mobile Government Plaza, 205 Government Street entrance to the Mobile County Courthouse at Mobile, Alabama, after first giving notice of the time, place and terms of said sale for three weeks by publication in any newspaper then published in said County; and

WHEREAS, it was further provided in said mortgage that in the event of such sale the said Assignee was authorized and empowered to purchase the property conveyed in said mortgage if the higher bidder therefore, the same as if it were a stranger to said conveyance and in such event the auctioneer or person making said sale was empowered, directed and authorized to execute a deed to such purchaser at said sale in the name of the Mortgagor; and

WHEREAS, default was made in the payment of the indebtedness secured by said mortgage and Whitney Bank, as Mortgagee, did declare all of the indebtedness secured by said mortgage due and payable; and

WHEREAS, Whitney Bank, as Mortgagee, acting under the power of sale contained in said mortgage, did give notice for three weeks by weekly insertion in the Mobile Press Register, a newspaper of general circulation published in Mobile County, Alabama, in its issues of November 23, 30 and December 7, 2011 that it would sell said property at the Public Entrance Door at the Mobile Government Plaza, 205 Government Street entrance to the Mobile County Courthouse at Mobile, Alabama, at auction to the highest bidder for cash, during the legal hours of sale on December 19, 2011; and

WHEREAS, after having given said notice, Whitney Bank, as Mortgagee, on the 19th day of

**EXHIBIT E**

December, 2011, during the legal hours of sale, did offer said property to the highest bidder for cash at the Public Entrance Door at the Mobile Government Plaza, 205 Government Street entrance to the Mobile County Courthouse at Mobile, Alabama; and

WHEREAS, CGF Properties, LLC, an Alabama limited liability company, and Cecil Earl Flowers, a married man, collectively being the highest, best and last bidder at said sale, became the purchaser of said property at and for the sum of Three Hundred and Forty Thousand and One Dollars and 00/100 ($340,001.00).

NOW, THEREFORE, CaliBama Ventures, LLC, duly authorized by its Manager, Tuan E. Titlestad, by Jeffery J. Hartley, the auctioneer making said sale, and Jeffery J. Hartley, as said auctioneer, for and in consideration of the premises and the sum of Three Hundred and Forty Thousand and One Dollars and 00/100 ($340,001.00), applied by Whitney Bank, as Mortgagee, to the indebtedness secured by said mortgage, do hereby Grant, Bargain, Sell and Convey unto CGF Properties, LLC, an Alabama limited liability company, and Cecil Earl Flowers, a married man, their successors and assigns, the following described property, situated in Mobile County, State of Alabama, to-wit:

> That certain property located in the City of Mobile, Mobile County, Alabama, said property being recorded in Real Property Book 4437, Page 849, Deed Book 532, Page 369 and Deed Book 502, Page 562, all as recorded in the Office of the Probate Court Records of Mobile County, Alabama; and together being presently described as follows: Beginning at the Northwest corner of State Street and Jackson Street; thence run Northwardly along the West line of Jackson Street 185.24 feet to a point; thence Westwardly with an interior angle of 90 degrees 02 minutes 00 seconds 103.82 feet to a point; thence run Southwardly with an interior angle of 90 degrees 08 minutes 32 seconds 64.86 feet to a point; thence run Eastwardly with an interior angle of 90 degrees 04 minutes 00 seconds, a distance of 21,81 feet to a point; thence run Southwardly with an interior angle of 269 degrees 53 minutes 44 seconds a distance of 119.90 feet to a point on the North line of State Street; thence with an interior angle of 90 degrees 10 minutes 33 seconds run Eastwardly along said North line of State Street 82.50 feet to the point of beginning.

TO HAVE AND TO HOLD, the aforegranted property unto CGF Properties, LLC, an Alabama limited liability company, and Cecil Earl Flowers, a married man, their successors and assigns, forever.

This conveyance is made subject to any and all liens, easements, encumbrances, restrictions, reservations and rights of way, of any kind whatsoever, either known or unknown, including without limitation those appearing of record affecting the above described property. The subject property is conveyed AS-IS, WHERE-IS. This conveyance is also made subject to the statutory rights of redemption from said foreclosure sale on the part of those entitled to redeem as provided by the laws of the State of Alabama and the United States of America and unpaid taxes, if any.

IN WITNESS WHEREOF, CaliBama Ventures, LLC, duly authorized by its Manager, Tuan E. Titlestad, by Jeffery J. Hartley, the person making said sale, Whitney Bank, by Jeffery J. Hartley, as auctioneer and the person making said sale, and Jeffery J. Hartley, as auctioneer and the person making said sale, have caused this instrument to be executed on this the 19th day of December, 2011.

CALIBAMA VENTURES, LLC

By: _____
As auctioneer and the person making
said sale

WHITNEY BANK

By: _____
As auctioneer and the person making
said sale

By: _____
As auctioneer and the person making
said sale

STATE OF ALABAMA    )
COUNTY OF MOBILE    )

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that **Jeffery J. Hartley**, whose name as auctioneer and the person conducting said sale, is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in his capacity as auctioneer and the person making said sale, and with full authority, executed the same voluntarily, on the day the same bears date.

Given under my hand and official seal, this 19th day of December, 2011.

(SEAL)

_____
Notary Public
My commission expires: 09/29/2015

This instrument was prepared by:
Jeffery J. Hartley
HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652

**FOR AD VALOREM TAX PURPOSES:** CGF Properties, LLC and Cecil Earl Flowers, P.O. Box 160289, Mobile, Alabama 36616