IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WHITNEY BANK, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0721-CG-B |
| CALIBAMA VENTURES, LLC, et al., | : |
| Defendants. | : |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

The clerk of court is **ORDERED** to enter default against defendants Tuan E. Titlestad and CaliBama Ventures, LLC.

**DONE and ORDERED** this 25th day of May, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE